In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-08-00332-CR


 _____________________



MARDRY ANN JOHNSON, Appellant



V.



THE STATE OF TEXAS, Appellee







On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 07-02051






MEMORANDUM OPINION



 A jury found appellant Mardry Ann Johnson guilty of murder and assessed
punishment at twenty years of imprisonment and a $10,000 fine. Johnson's appellate counsel
filed a brief that presents counsel's professional evaluation of the record and concludes the
appeal is frivolous. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On May 28, 2009, we
granted an extension of time for appellant to file a pro se brief. We received no response
from appellant. 

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We note that in the section entitled "Plea to Offense[,] the trial court's
judgment incorrectly states he pled "Guilty[.]" We delete this language and substitute" "Not
Guilty" in its place. See Tex. R. App. P. 43.2(b); Bigley v. State, 865 S.W.2d 26, 27 (Tex.
Crim. App. 1993). We affirm the trial court's judgment as reformed. (1)

 AFFIRMED AS REFORMED.

 _________________________________

 DAVID GAULTNEY Justice


Submitted on October 15, 2009

Opinion Delivered October 21, 2009

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ. 
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.